JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAILAI TING, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>GIZMO SUPPLY CO, a California Corporation;<br>PETER VONG, an individual;<br>THERESA VONG, an individual;<br>THERESA MY HANH NGUYEN, an individual; and<br>DOES 1-10,<br><br>  Defendants. | CASE NO.: 8:16-cv-01651-DOC-KES<br><br>ORDER DISMISSING MATTER BECAUSE CONFIDENTIAL SETTLEMENT AGREEMENT REACHED [58] |

## ORDER

The Parties having stipulated to reaching and agreeing to a Confidential Settlement Agreement, with an effective date of August 23, 2017, with respect to this matter,

NOW ON THIS day the above-captioned matter comes before the Court. The Court, after being fully advised on this matter and after reviewing the court file, finds and orders as follows:

IT IS ORDERED that this matter shall be administratively closed after the entry of this Order, but the Court shall retain jurisdiction and venue over the parties solely with respect to enforcement of the Confidential Settlement Agreement between the parties and any disputes or controversies that may arise with regard thereto, which shall be exclusively brought before this Court for resolution thereof.

IT IS FURTHER ORDERED that this matter is hereby dismissed, *with prejudice.*

**IT IS SO ORDERED**.

1
2  Date:   August 25, 2017

*/s/ David O. Carter*

3                                          DAVID O. CARTER
4                                          United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28